IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Lee Francois | No.  CV 24-3231-PHX-SPL |
| Petitioner, | |
| v. | **ORDER** |
| State of Arizona, et al., | |
| Respondents. | |

The Court has before it, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and the Response from the Respondents, (Doc. 10). Additionally, the Court has also carefully reviewed the Reply to Response, (Doc. 39), the Reply to Response, (Doc. 40), the Report and Recommendation of the Magistrate Judge, (Doc. 43), Petitioner's Objections, (Doc. 46), and Respondent's Reply to the Petitioner's Objections.  (Doc.47)

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). When a party files a timely objection to an R&R, the district judge reviews *de novo* those portions of the R&R that have been "properly objected to." Fed. R. Civ. P. 72(b). A proper objection requires specific written objections to the findings and recommendations in the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); 28 U.S.C. § 636(b) (1).  It follows that the Court need not conduct any review of portions to which no specific objection has been made. *See Reyna-Tapia*, 328 F.3d at 1121; *see also Thomas v. Arn*, 474

U.S. 140, 149 (1985) (discussing the inherent purpose of limited review is judicial economy). Further, a party is not entitled as of right to *de novo* review of evidence or arguments which are raised for the first time in an objection to the R&R, and the Court's decision to consider them is discretionary. *United States v. Howell*, 231 F.3d 615, 621-622 (9th Cir. 2000).

The Court has carefully undertaken an extensive review of the sufficiently developed record. The Petitioner's objections to the findings and recommendations have also been thoroughly considered.

After conducting a *de novo* review of the issues and objections, the Court reaches the same conclusions reached by the magistrate judge. The R&R will be adopted in full. Accordingly,

**IT IS ORDERED:**

1. That the Magistrate Judge's Report and Recommendation (Doc. 43) is **accepted** and **adopted** by the Court.

2. That the Petitioner's Objections (Doc. 46) are **overruled**.

3. That Grounds 2 and 11 of the Petition for Writ of Habeas Corpus (Doc. 1) are **denied**, and the remainder of the Petition for Writ of Habeas Corpus (Doc. 1) is dismissed **with prejudice**.

4. That a Certificate of Appealability on appeal is **denied** because the dismissal of the Petition is justified by a plain procedural bar and reasonable jurists would not find the ruling debatable; and

5. That the Clerk of Court shall enter judgment accordingly and terminate this action.

Dated this 9th day of June 2026.

_____
Honorable Steven P. Logan
United States District Judge

2